BESSIE MᴄCORMICK, as Administratrix of the Estate of JAMES MᴄCORMICK, Deceased, Plaintiff, v. NEW YORK STEAM CORPORATION, Defendant.

Supreme Court, New York County, October 4, 1927.

**Pleadings — bill of particulars — defendant required to furnish particulars as to contributory negligence of plaintiff's intestate — addresses and conversations need not be furnished — information not available must be furnished before trial, if available.**

In an action to recover for the death of plaintiff's intestate, the plaintiff is entitled to a bill of particulars as to the alleged contributory negligence of the plaintiff's intestate.

The plaintiff will not be required, however, to furnish the addresses of fellow-servants nor exact conversations specified with other persons. But the plaintiff must furnish the substance of such conversations and names of the officer or employees with whom the conversations were had.

If the defendant is unable to furnish any of the items because of lack of knowledge, it must so state under oath, and if it obtains knowledge later, it must supply the information at least thirty days before trial.

MOTION by the plaintiff for a bill of particulars as to alleged contributory negligence of the plaintiff's intestate.

*Herman Kahn,* for the plaintiff.

*Robert H. Woody,* for the defendant.

FRANKENTHALER, J. The affidavit verified by defendant's attorney that the defendant has no actual knowledge of the acts constituting the contributory negligence of plaintiff's intestate has no probative force or effect on this motion. That the plaintiff is entitled to particulars of facts of contributory negligence is unquestioned. (*Szymanski* v. *Contact Process Co.,* 82 Misc. 46; *McCallum* v. *Beau-Site Co.,* 176 App. Div. 681.) The defendant is required, therefore, to furnish particulars as to item 1. As to item 2, no addresses of the fellow-servants need be furnished; granted as to balance of item. As to item 3, the conversations need not be given, but the substance thereof, if any, shall be stated; also the names of the officer or employees with whom such conversations were had, but the addresses of such persons need not be given. If the defendant be unable to furnish any of the items hereby required because of lack of knowledge, it shall so state under oath in lieu thereof, and condition further that if the defendant shall obtain such information it shall be furnished to plaintiff at least thirty days before the trial of the action.